IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
| | ) Case No. 23-cv-1112 |
| Plaintiff, | ) |
| | ) |
| | ) Judge John F. Kness |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 131

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff EMOJI COMPANY GmbH hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 131 | Shenzhen Honorwell Technology Co., Ltd. |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 09, 2023      By:   s/Michael A. Hierl
                                Michael A. Hierl (Bar No. 3128021)
                                William B. Kalbac (Bar No. 6301771)
                                Robert P. McMurray (Bar No. 6324332)
                                Hughes Socol Piers Resnick & Dym, Ltd.
                                Three First National Plaza
                                70 W. Madison Street, Suite 4000
                                Chicago, Illinois 60602
                                (312) 580-0100 Telephone
                                mhierl@hsplegal.com

                                Attorneys for Plaintiff
                                EMOJI COMPANY GmbH

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 09, 2023.

                                                                              s/Michael A. Hierl