# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GMBH., | ) |
| | ) |
| Plaintiff, | ) Case No: 23-cv-1112 |
| | ) |
| v. | ) |
| | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LLCS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) Hon. John F. Kness |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT INEONLIFE NEON STORE STORE'S
## MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION

NOW COMES DEFENDANT Ineonlife Neon Store Store ("Defendant"), by and through its attorneys, the Keleher Appellate Law Group, LLC, and respectfully moves this Court to dissolve the preliminary injunction. In support of this Motion, a Memorandum of Law is filed concurrently.

WHEREFORE, the Defendant respectfully requests this Court enter an order dissolving the preliminary injunction, awarding it fees and costs, and for any further relief this Court deems appropriate.

July 13, 2023                Respectfully submitted,

                                      <u>s/ Christopher Keleher</u>

                                      Christopher Keleher
                                      The Keleher Appellate Law Group, LLC
                                      1 East Erie Street
                                      Suite 525
                                      Chicago, IL 60611

312-448-8491
ckeleher@appellatelawgroup.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 13, 2023, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com