# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Emoji Company GmbH<br><br>                      Plaintiff,<br><br>   v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto<br>                      Defendants. | Case No.: 1: 23-cv-01112<br><br>Judge John F. Kness<br>Magistrate Judge Young B. Kim |

## **DEFENDANT XIAMEN HAILUN TRADING CO., LTD.'S MOTION TO DISMISS**

Defendant Xiamen Hailun Trading Co., Ltd., upon the accompanying Memorandum of Law and the accompanying Declaration of Kunhuo Gong, by and through the undersigned counsel, respectfully moves to dismiss this lawsuit for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

Date: July 21, 2023,   Respectfully submitted,

By: */s/     Zhen Pan*
One of Its Attorneys

Zhen Pan
Email: zpan@diazreus.com
DIAZ, REUS & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131

*Counsel for Defendant Xiamen Hailun Trading Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served it on all counsel of record.

By: */s/*          *Zhen Pan*
          Zhen Pan